ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NIKOLAY KATYNSKIY,<br>Defendant. | CASE NO. 2:11-CR-00427 TLN<br>**UNITED STATES' MOTION TO DISMISS INDICTMENT** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America moves to dismiss the Indictment against defendant Nikolay Katynskiy and recall any arrest warrant.

Dated: June 2, 2026

ERIC GRANT
United States Attorney

By: */s/ Michael D. Anderson*
MICHAEL D. ANDERSON
Assistant United States Attorney